BEFORE THE THIRD DIVISION, JUNE 2, 1944

**No. 49459.**—Protests 83217–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise in question is mixed feed oats or scalpings, the same in all material respects as that the subject of *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823), this claim in the protests was sustained.